Stanley D. MOSLER; Eileen C. Mosler, Plaintiffs–Appellants,

and

Neiles C. Nielson; Jane M. Nielson, husband and wife, Plaintiffs,

v.

T.D. SERVICE COMPANY, a Corporation; Guardian Bank, a banking corporation; all persons claiming by through or under the above named defendants & all persons unknown claim in any legal or equitable right, titles, estate, lien, or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud upon plaintiffs' title thereto; Defendants–Appellees,

Gunnar M. Bjorg, an individual a.k.a. Gunnar M. Borg; Aaron Mendelsohn, an individual, Defendants–cross-claimants–Appellees

and

FDIC, as receiver for & successor in interest to Guardian Bank a federally chartered bank, Cross–defendant–Appellee.

No. 00–55074.

D.C. No. CV–96–06853–DT.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN and W. FLETCHER, Circuit Judges.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM[2]

Stanley D. Mosler and Eileen C. Mosler appeal pro se the district court's order denying their Motion to Reinstate Case to Civil Active List. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We affirm for the reasons stated in the district court's order filed November 15, 1999.

Appellants' motion to file supplemental excerpts of record is denied.

AFFIRMED.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

